UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DISTRICT

MAGOMED MAMILOV,

*Petitioner*

v.

Warden, River Correctional Center; MELLISSA
B. HARPER New Orleans Field Office Director,
U.S. Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director, U.S.
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the U.S.
Department of Homeland Security, in their
official capacities.

*Respondents.*

Case No. _____

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Veronica Cardenas for admission to practice Pro Hac Vice in the above-

captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of

New Jersey; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Veronica Cardenas |
| Firm Name: | Cardenas Immigration Law |
| Address: | 2 Arnot St., Ste 6, Unit 122, Lodi, NJ 07644 |
| Telephone: | 201-470-4549 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Petitioners in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Western District of Louisiana.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated: _____ April 7, 2026 _____



David J. Ayo
United States Magistrate Judge