## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **MAGOMED MAMILOV** | **CIVIL DOCKET NO. 1:26-CV-1048** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MELLISSA B HARPER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Considering the Petitioner's UNOPPOSED MOTION TO DISMISS PETITION AS MOOT (the "Motion") [Doc. 8] filed by Petitioner, Magomed Mamilov;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1]   filed by Petitioner, Magomed Mamilov, is hereby DISMISSED AS MOOT.

THUS, DONE AND SIGNED in Chambers on this 8th day of July, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE